IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LAFAGUS O. CARPENTER                                                    PLAINTIFF

V.                                                          NO. 1:10CV136-SA-JAD

MISSISSIPPI VALLEY STATE UNIVERSITY;
CAPTAIN ISSAC MORRIS, In His Individual Capacity;
and CHIEF ROBERT SANDERS, In His Individual Capacity          DEFENDANTS

**ORDER**

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendants' Motion to Dismiss or Alternatively For Summary Judgment [28], [30] as to Plaintiff's discrimination claim is GRANTED;

(2) the Defendants' Motion to Dismiss or Alternatively For Summary Judgment [28], [30] as to Plaintiff's hostile work environment claim is GRANTED;

(3) the Defendants' Motion to Dismiss or Alternatively For Summary Judgment [28], [30] as to Plaintiff's First Amendment retaliation claim is GRANTED;

(4) the Defendants' Motion to Dismiss or Alternatively For Summary Judgment [28], [30] as to Plaintiff's Equal Protection claim is GRANTED;

(5) the Defendants' Motion to Dismiss or Alternatively For Summary Judgment [28], [30] as to Plaintiff's Title VII retaliation claim is DENIED; and

(6) the Defendants' Motion to Dismiss or Alternatively For Summary Judgment [28], [30] as to Plaintiff's constructive discharge claim is DENIED.

So ORDERED on this, the _10th_ day of August, 2011.

/s/  Sharion Aycock
**UNITED STATES DISTRICT JUDGE**